IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN A. JOHNSON, | : | |
| Petitioner, | : | 1:16-cv-0305 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| DAVID J. EBBERT, | : | |
| Respondent. | : | |

## ORDER

**March 8, 2016**

**NOW, THEREFORE**, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion (Doc. 2) for leave to proceed *in forma pauperis* is GRANTED for sole purpose of the filing of the action.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

3. The Clerk of Court is directed to CLOSE this case and NOTIFY Petitioner.

s/ John E. Jones III
John E. Jones III
United States District Judge